IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRIAN BLOUNT, SR.                                                              PLAINTIFF

v.                              Case No. 2:14-CV-02228

S. RYAN NORRIS                                                                 DEFENDANT

## O R D E R

Currently before the Court are the findings and recommendations (Doc. 7) of the Honorable Mark. E. Ford, United States Magistrate Judge for the Western District of Arkansas. No objections have been filed, and the time period for filing objections has passed.

After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Accordingly, for the reasons stated in the Magistrate's report and recommendations, IT IS ORDERED that Plaintiff's complaint is DISMISSED WITH PREJUDICE as frivolous and as Plaintiff's complaint fails to state a claim on which relief may be granted.

The Clerk is directed to place a § 1915(g) strike on this case.

Judgment will be entered accordingly.

IT IS SO ORDERED this 14th day of April, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE